DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 271P12 | J. Reed Fisher, et al. v. Town of Nags Head | 1. Plts' NOA Based Upon a Constitutional Question (COA11-1140) | 1. - - - |
| | | 2. Plts' Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Motion to Dismiss Appeal | 3. Allowed |
| 273P12 | Cher McCleary v. N.C. Court of Appeals; Gaston County Superior Court, Presiding Judge; Gaston County Clerk of Court, Hon. Lawrence N. Brown, Jr.; Deutsche Bank National Trust Company, Trustee | Petitioner's *Pro Se* Petition for *Writ of Mandamus* (COAP12-10) | Dismissed **06/28/12** |
| 274P12 | State v. Robert Billy Ramos | Def's PWC to Review Order of COA (COA11-1551) | Denied |
| 276P07-2 | State v. Anthony T. Smith, Jr. | Def's *Pro Se* PWC to Review Order of COA (COAP12-369) | Dismissed |
| 276P12 | State v. Ralph David Surridge | Def's PWC to Review Order of COA (COA12-576) | Denied |
| 277P12 | State v. Darnell Jermaine Hill | Def's *Pro Se* PWC to Review Order of COA (COAP12-421) | Dismissed |
| 278P12 | State v. Timothy Hugh Lindsey | 1. Def's *Pro Se* Motion for PDR (COAP12-93) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 279A12 | Michael Topp; Duncan Thomasson; Martin Kooyman; and Black Pearl Enterprises, LLC v. Big Rock Foundation, Inc.; Crystal Coast Tournament, Inc.; Carnivore Charters, LLC; Edward Petrilli; Jamie Williams; Tony R. Ross; and John Doe | 1. Plts' NOA Based Upon a Dissent (COA11-681) | 1. - - - |
| | | 2. Plts' PDR as to Additional Issues | 2. Allowed |